THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A._<br><br>Plaintiff,<br><br>-against-<br><br>BRADLEY REIFLER,<br><br>Defendant. | Case No. 11-cv-4016 (DAB) |

# **ORDER**

IT IS HEREBY ORDERED, that the Subpoena directed to Citibank N.A., dated April 20, 2016, issued by Plaintiff JPMorgan Chase Bank, N.A. is stayed until further order.

So Ordered:


_____  Dated: _____
Deborah A. Batts
United States District Judge

3403557