

299 Park Avenue
New York, New York 10171

Telephone (212) 888-3033
Facsimile (212) 888-0255
www.beckerglynn.com

ATTORNEYS AND COUNSELORS AT LAW

November 21, 2019

<u>By ECF & First Class Mail</u>
Honorable Deborah A. Batts
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Chambers 2510
New York, New York 10007

Re:   *JPMorgan Chase Bank, N.A. v. Reifler*, No. 11-cv-4016 (S.D.N.Y.); and
      <u>*JPMorgan Chase Bank, N.A. v. Reifler, et al.*, No. 15-cv-1200 (S.D.N.Y.)</u>

Dear Judge Batts:

This firm represents plaintiff JPMorgan Chase Bank, N.A. ("JPMorgan") in the above-referenced actions (together, the "Actions").  The Actions were stayed pursuant to the Bankruptcy Code's automatic stay provision, 11 U.S.C. § 362, upon the filing for bankruptcy by defendant Bradley C. Reifler ("Reifler"), as reflected in Your Honor's April 5, 2017 Orders (ECF Nos. 176 and 77).  We submit this letter—on behalf of JPMorgan and all other parties in the Actions—in accordance with the Court's direction in those Orders that the parties shall periodically provide joint status updates concerning the Reifler bankruptcy (*In re Bradley C. Reifler*, Case No. 17-35075 (CGM) (Bankr. S.D.N.Y.)).

As of the date of this letter, the Reifler bankruptcy case remains pending.  We note that, with respect to the real property located at 123 Fraleigh Hill Road, Millbrook, New York ("Sky Blue Farm")—which property is directly or indirectly the subject of JPMorgan's fraudulent transfer claims in the second of the Actions—a public auction was conducted on October 16, 2019 pursuant to the judgment of foreclosure and sale in Bank of America, N.A.'s ("Bank of America") state court foreclosure action.  At the foreclosure sale, Sky Blue Farm was sold for an amount that is less than the total amount of monies that the referee in the foreclosure action had determined are due to Bank of America, which had an uncontested first-priority mortgage lien on Sky Blue Farm.

Should the Court have any questions or require any further information regarding these matters, please let us know.

                    Respectfully submitted,

                    */s/ Andrea Likwornik Weiss*

                    Andrea Likwornik Weiss

cc:   All Counsel of Record
     (via ECF)

     Michael D. Siegel, Esq.
     (Counsel for Reifler in Bankruptcy Case)
     (via e-mail)